JESSE HOYT et al., Respondents, *v.* THE HARTFORD FIRE INSURANCE COMPANY, Appellant.

(Argued June 10, 1884; decided June 24, 1884.)

*Francis Lynde Stetson* for appellant.

*Stephen A. Walker* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELLEN E. PECK, Appellant.

(Submitted June 10, 1884; decided June 24, 1884.)

*Henry A. Meyenborg* for appellant.

*John Vincent* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.